**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Charles Jerome ADAMS, Defendant–Appellant.**

**No. 15–7811.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 21, 2016.

Decided: April 25, 2016.

Charles Jerome Adams, Appellant Pro Se., Robert Nicholas Bianchi, Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Jerome Adams appeals the district court's order denying his 18 U.S.C. § 3582 (2012) motion for a reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Adams,* No. 1:91–cr–00291–PMD–2 (D.S.C. Oct. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*